1
2
3
4
5  IN THE UNITED STATES DISTRICT COURT
6
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  ABANTE ROOTER AND PLUMBING INC.,
   individually and on behalf of all others
10 similarly situated,                                    No. C 18-05750 WHA
11              Plaintiffs,
12    v.                                                  **ORDER TO SHOW CAUSE**
13 LEAD EXCEL, INC., RON TAYLOR, and
   DOES 1 through 10, inclusive, and each of
14 them.
15              Defendants.
                                              /
16

On February 11, an order issued to the parties granting an extension to file the answer and partially staying the case pending the individual defendant's Chapter 13 bankruptcy (Dkt. No. 24). The order specifically requested a status report *from both parties* by February 28 that indicated whether or not the corporate defendant in this action is directly implicated by the individual defendant's Chapter 13 bankruptcy proceeding or whether or not the corporate defendant is undergoing its own bankruptcy proceeding. Since then, the only filing has been from the individual defendant advising that he has filed for Chapter 13 bankruptcy (Dkt. No. 25). No one has complied with the prior order's request.

To that end, by **MARCH 12, 2019**, both plaintiff and the corporate defendant must file a status report as to whether the corporate defendant in this action is directly implicated by the individual defendant's Chapter 13 bankruptcy proceeding or whether or not the corporate

defendant is undergoing its own bankruptcy proceeding and **SHOW CAUSE** why the prior order had not been complied with by the original date.

**IT IS SO ORDERED.**

Dated: March 5, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE