Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated, | Case No. 3:18-cv-05750-WHA |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| LEAD EXCEL, INC., and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, without prejudice as to the named Plaintiff, Abante Rooter and Plumbing Inc., ~~Curt Jacey~~, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this July 3, 2019. _____

**IT IS SO ORDERED AS MODIFIED**
/s/ William Alsup
Judge William Alsup

Hon. _____
_____